UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DARRELL MORA ET AL | CASE NO. 6:22-CV-00615 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TEXAS PETROLEUM INVESTMENT CO ET AL | MAGISTRATE JUDGE DAVID J. AYO |

**ORDER FOR JURY MEAL**

**IT IS ORDERED** that the Clerk of Court furnish food and beverages to the jury during the trial and deliberations of the above entitled and numbered case as required, at government expense.

THUS DONE in Chambers on this 3rd day of May, 2024.

_____
S. Maurice Hicks, Jr.
United States District Judge