UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

DARRELL MORA, ET AL.                               CIVIL ACTION NO. 22-0615

VERSUS                                             JUDGE S. MAURICE HICKS, JR.

TEXAS PETROLEUM INVESTMENT                         MAGISTRATE JUDGE AYO
COMPANY, ET AL.

**VERDICT FORM**

1.  Do you find by a preponderance of the evidence that Texas Petroleum Investment Company was negligent in the manner claimed by Plaintiffs?

    YES _____                NO ___✓___

2.  Do you find by a preponderance of the evidence that Campbell Consulting Services, LLC was negligent in the manner claimed by Plaintiffs?

    YES _____                NO ___✓___

If your answer to Questions 1 and 2 was "No," then proceed to the end of this form and sign/date it.

If your answer to Questions 1 or 2 was "Yes," then proceed to Question 3.

3.  Do you find by a preponderance of the evidence that Wild Well Control, Inc. was negligent while responding to the well blowout?

    YES _____                NO _____

4. Do you find by a preponderance of the evidence that Darrell Mora was negligent on May 25, 2021?

YES _____ NO _____

5. For any of the entities or persons for which you answered "Yes" in response to Questions 1, 2, 3, and 4, do you find by a preponderance of the evidence that the negligence of any such entity or person was a proximate cause of the injuries to Darrell Mora?

   (a) Texas Petroleum Investment Company    YES _____ NO _____

   (b) Campbell Consulting Services, LLC    YES _____ NO _____

   (c) Wild Well Control, Inc.    YES _____ NO _____

   (d) Darrell Mora    YES _____ NO _____

If your answers to Questions 5(a) and 5(b) were "No," then proceed to the end of this form and sign/date it.

If your answers to Questions 5(a) or 5(b) were "Yes," then proceed to Question 6.

6. For any entity or person for which you marked "Yes" in response to Question No. 5, if any, please state the percentage of negligence, if any:

   (NOTE: The total of the percentages allocated must equal 100%)

   (a) Texas Petroleum Investment Company    _____%

   (b) Campbell Consulting Services, LLC    _____%

   (c) Wild Well Control, Inc.    _____%

   (d) Darrell Mora    _____%

   TOTAL    100 %

7. Do you find by a preponderance of the evidence that Texas Petroleum Investment Company is vicariously liable for the actions of Mark Campbell and/or Campbell Consulting Services, LLC?

   YES _____          NO _____

8. If you answered "Yes" to Questions 5(a) or 5(b), please state the total amount, if any, that you feel is appropriate to fully compensate Darrell Mora for each element of damages resulting from the incident on May 25, 2021:

   Past Medical Expenses:                              $_____

   Future Medical Expenses:                            $_____

   Past Lost Earnings:                                 $_____

   Future Lost Earnings:                               $_____

   Past Physical/Emotional Pain and Suffering:         $_____

   Future Physical/Emotional Pain and Suffering:       $_____

   Loss of Enjoyment of Life:                          $_____

   Disfigurement:                                      $_____

9. What amount of money do you find will fully and fairly compensate Darlyn Mora for:

   Past Loss of Society:                               $_____

   Future Loss of Society:                             $_____

3

10.  Do you find by a preponderance of the evidence that the conduct of Texas Petroleum Investment Company was with malice or with reckless indifference to the rights of others?

   YES _____        NO _____

11.  Do you find by a preponderance of the evidence that the conduct of Campbell Consulting Services, LLC was with malice or with reckless indifference to the rights of others?

   YES _____        NO _____

Please have the jury foreperson sign and date the verdict form.

____
FOREPERSON

__5/3/2024__
DATE