# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| DARRELL MORA, ET AL | CIVIL ACTION NO. 22-0615 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TEXAS PETROLEUM INVESTMENT CO., ET AL | MAGISTRATE JUDGE AYO |

## JUDGMENT

This matter having come before the Court for trial by jury on Monday, April 29, 2024, and in accordance with the verdict rendered by the jury on Friday, May 3, 2024,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendants Texas Petroleum Investment Co. and Campbell Consulting Services, LLC as to all of Plaintiffs' claims.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any claims for attorneys' fees and costs are reserved for post-trial motion practice and/or procedure in accordance with the Federal Rules of Civil Procedure and this Court's local rules.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 6th day of May, 2024.

_____
JUDGE S. MAURICE HICKS, JR.